Date signed February 06, 2007



```
                              PAUL MANNES
                          U. S. BANKRUPTCY JUDGE
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JEAN-CLAUDE FOTSO | : | Case No. 05-29843PM |
| BERTHE FOTSO | : | Chapter 13 |
| | : | |
| Debtors | : | |

**MEMORANDUM OF DECISION**

      Against the advice of their former attorney of record and the Standing Chapter 13 Trustee, Debtors wish to re-convert this case to a case under Chapter 7. In so doing, they face the worst of all results in a bankruptcy case, the liquidation of all their non-exempt assets and the denial of their discharge. There are two pending adversary proceedings seeking a denial of discharge that were stayed *sine die* so long as the Debtors' case remained in Chapter 13. These cases will be reactivated.

      Reconversion is opposed by the Blair creditors. However, the court does not have the authority to coerce the Debtors into making the payments required under their Chapter 13 Plan. That being the case, it would be a useless act to keep this case under Chapter 13.

      An appropriate order will be entered.

cc:
Jean-Claude/Berthe Fotso, 13101 Cabinwood Drive, Silver Spring, MD 20904
Richard Stolker, Esq., 110 N. Washington Street, Suite 320, Rockville, MD 20850
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
Janet M. Nesse, Former C/7 Trustee, 1150 18th Street, N.W., Suite 800, Washington DC 20036
Walter T. Evans, Esq., 966 Hungerford Drive, Suite 12A, Rockville, MD 20850
Mary Park McLean, Esq., 4201 Mitchelville Road, Suite 401, Bowie, MD 20718

**End of Memorandum**